Floridalma **PEREZ–SAMAYOA,**
Petitioner,

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–73372.

United States Court of Appeals,
Ninth Circuit.

Submitted April 20, 2011.[*]

Filed May 4, 2011.

Mardy Sproule, Esquire, Law Offices of Mardy M. Sproule, Commerce, CA, for Petitioner.

Joseph D. Hardy, Jr., Esquire, Trial, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: RYMER, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM [**]

Floridalma Perez–Samayoa, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's ("IJ") decision denying her motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Iturribarria v. INS,* 321 F.3d 889, 894 (9th Cir. 2003), and we deny the petition for review.

The agency did not abuse its discretion in denying Perez–Samayoa's motion to reopen because the motion was filed more than fifteen years after the IJ's February 22, 1994, deportation order, *see* 8 C.F.R. § 1003.23(b)(1), and Perez–Samayoa failed to establish that she acted with the due diligence required for equitable tolling, *see Iturribarria,* 321 F.3d at 897 (deadline can be equitably tolled "when a petitioner is prevented from filing because of deception, fraud, or error, as long as the petitioner acts with due diligence").

**PETITION FOR REVIEW DENIED.**

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.